ORIGINAL

FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

SEP 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
LARS K. EVENSEN

ORDER

Lars K. Evensen has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Evensen passed the MPRE in 2003 when seeking admission to the practice of law in Nevada, where he was admitted. Evensen has practiced law for 17 years "without any ethical or disciplinary issues where licensed or where admitted *pro hac vice*." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Lars K. Evensen to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this _____ day of September, 2020.

_____
Chief Justice

_____

_____



_____

_____

_____

_____

Justices